UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00227

**Brandon Lee Hodge**,
*Plaintiff,*

v.

**Richard Davis**,
*Defendant.*

### ORDER

On April 30, 2020, plaintiff Brandon Lee Hodge, proceeding pro se and in forma pauperis, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). Doc. 3.

On May 4, 2020, Judge Mitchell instructed plaintiff to file an initial partial filing fee. Doc. 4. Plaintiff failed to do so. On June 15, 2020, Judge Mitchell entered a report recommending that plaintiff's case be dismissed without prejudice for want of prosecution and failure to obey an order. Doc. 7.

There being no objections, and the court being satisfied that the report contains no clear error, the court **adopts** the report and recommendation as the opinion of the court. Accordingly, the complaint is **dismissed without prejudice** for failure to prosecute and for failure to comply with a court order. Any pending motions are **denied as moot**. The clerk of court is **directed** to close this case.

*So ordered by the court on August 4, 2020.*

J. CAMPBELL BARKER
United States District Judge